**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN EUGENE MOORE, | ) Case No.: 1:20-cv-01509-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING DEFENDANT'S MOTION TO SCREEN THE COMPLAINT |
| S. SHERMAN, et al., | ) (ECF No. 2) |
| Defendants. | ) |

Plaintiff Julian J. Alexander is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 23, 2020, the instant action was removed from the Kings County Superior Court and filed in this Court. Defendant Sherman requests that the Court screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. Defendant's request is granted, and the Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: __October 27, 2020__

_____
UNITED STATES MAGISTRATE JUDGE

1