UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EUGENE MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. SHERMAN, et al.,<br><br>　　　　　Defendants. | No.: 1:20-cv-01509-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 14) |

　　　　Plaintiff Steven Eugene Moore is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 5, 2020, the assigned magistrate judge screened plaintiff's initial complaint and dismissed all claims contained therein with leave to amend after explaining in detail why the claims as asserted were defective.  (Doc. No. 8.)  Plaintiff filed an amended complaint on November 18, 2020. (Doc. No. 11.)

　　　　On December 16, 2020, the magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim for relief.  (Doc. No. 14.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 4.)  To date, no objections to the pending findings and recommendations have been filed with

1

the court, and the time for doing to has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes that the pending findings and recommendations are supported by the record and proper analysis. Plaintiff's first amended complaint fails to cure the defects identified in the screening order and dismissal is now appropriate.

Accordingly,

1. The findings and recommendations issued on December 16, 2020 (Doc. No. 14) are adopted in full; and
2. This action is dismissed due to plaintiff's failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **January 25, 2021**

UNITED STATES DISTRICT JUDGE

2